UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JERRY MARK, | ) | |
| | ) | CASE NO. C97-4059 DEO |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | *IN A CIVIL CASE* |
| JOHN AULT, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY THE COURT: This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT: The Petitioner's 28 U.S.C. § 2254 application is granted. The Petitioner may file for fees.

IT IS FURTHER ORDERED THAT: A writ of habeas corpus shall issue, requiring the State of Iowa to take one of the following steps:

1. Commence proceedings to retry the petitioner; or

2. Release the petitioner from custody.

_/s/ Donald E. O'Brien_
Senior Judge Donald E. O'Brien

Pridgen J. Watkins - Clerk

S/src
BY: Deputy Clerk

Date: 8-31-06